USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNTACTX, LLC,

                              Plaintiff,                  Index No.: 16-cv-1283-VM

vs.

COMPANIONDX REFERENCE LAB, LLC,

                                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, Plaintiff Syntactx, LLC and Defendant CompanionDx Reference Lab, LLC (collectively, the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims and counterclaims between them in the above-referenced cause of action in accordance with a settlement by the Parties. The Parties shall pay their own costs.

Dated: June 14, 2016

_____
Warren B. Rosenbaum, Esq.
Brian J. Capitummino, Esq.
WOODS OVIATT GILMAN LLP
*Attorneys for Plaintiff*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585-987-2800

_____
Adam J. Gana, Esq.
Adam J. Weinstein, Esq.
GANA LLP
*Attorneys for Defendant*
345 Seventh Avenue, 21st Floor
New York, New York 10001
212-776-4541

SO ORDERED.

6-14-16
DATE        VICTOR MARRERO, U.S.D.J.

{4110583:}1